UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>    v.<br><br>XUE SAMUEL LEE,<br> a/k/a "Sam" Lee; and<br>BRENDA INDAH CHUNGA,<br> a/k/a "Bitcoin Beautee,"<br><br>         Defendants. | Civil Action<br>No. 24-cv-00296 RDB |

**CONSENT MOTION FOR ENTRY OF PARTIAL JUDGMENT
AS TO DEFENDANT BRENDA INDAH CHUNGA**

Plaintiff Securities and Exchange Commission (the "SEC"), with the consent of Defendant Brenda Indah Chunga ("Defendant"), hereby moves for entry of partial judgment as to Chunga. In support of the motion, the SEC states as follows:

On January 22, 2024, Chunga executed the attached Consent of Defendant (the "Consent," attached hereto as Exhibit A), in which she acknowledged that she has pleaded guilty to criminal conduct relating to certain matters alleged in the amended complaint in this action. Defendant consented to the entry of judgment in the form of the attached Judgment as to Defendant (the "Judgment," attached hereto as Exhibit B).

The Judgment permanently restrains and enjoins Defendant from further violations of Sections 5(a), 5(c), and 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §§ 77e(a), 77e(c), 77q(a)]; and Sections 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5].

1

The Judgment Orders that Defendant shall pay disgorgement of ill-gotten gains and prejudgment interest thereon, and that the amount of disgorgement and civil penalty shall be determined by the Court upon motion of the SEC at a later date. At that time, the SEC will move for a Final Judgment.

Dated: January 30, 2024          Respectfully submitted,

/s/Judson T. Mihok
Judson T. Mihok
U.S. District Court of Maryland Bar No. 92737
Gregory R. Bockin
David Snyder
Assunta Vivolo
Attorneys for Plaintiff
U.S. SECURITIES AND EXCHANGE COMMISSION
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
Phone: 215-597-6500
Fax: 215-597-2740
Email: MihokJ@sec.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January, 2024, I caused a true and correct copy of the forgeoing Motion for Entry of Partial Judgment as to Defendant Brenda Indah Chunga to be served upon the parties in the manner set forth below:

**Defendant Brenda Indah Chunga**
Jonathan P. Van Hoven
36 South Charles Street, Suite 901
Baltimore, MD  21201
Office (410)576-0689
Cell (410)245-9796
FAX (410)576-9391
jon@vanHovenLaw.com
*Counsel for Defendant Brenda Indah Chunga*
**via ECF**

**Defendant Xue Samuel Lee**
Notice will be provided once service of process has been completed