

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
ONE PENN CENTER, 1617 JOHN F. KENNEDY BLVD., SUITE 520
PHILADELPHIA, PA 19103-1844

PHILADELPHIA
REGIONAL OFFICE

April 29, 2024

The Honorable Richard D. Bennett
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

        Re:    <u>*SEC v. Xue Samuel Lee, a/k/a "Sam Lee", et al.*, 1:24-cv-00296 RDB</u>

Dear Judge Bennett:

      On January 29, 2024, the SEC filed a Complaint in the above action, asserting various claims justifying relief against Defendant Lee. Under Rule 4(m), the SEC would have been required to serve Defendant Lee with a summons and a copy of the complaint within ninety (90) days. Fed.R.Civ.P. 4(m). In the normal course, the deadline to do so would be April 29, 2024.

      However, one exception to the ninety-day service requirement under Rule 4(m) is found at Rule 4(f), "Serving an Individual in a Foreign Country." Fed.R.Civ.P. 4(f). As alleged in the Complaint, Defendant Lee is a citizen of Australia currently believed to be residing in Dubai, United Arab Emirates. ECF 1 at 1. The SEC is currently working to serve Lee overseas, including by coordinating with the Department of Justice's Office of Foreign Litigation. Unfortunately, given the potential complexities of serving a party located in a foreign jurisdiction, we are unable at this time to forecast a timeline for service or for seeking authority to pursue alternate means of service if current efforts are unsuccessful. If the Court has questions or would like to address these issues further, we would be happy to appear on short notice or participate in a status call.

                                            Respectfully submitted,

                                            By: Judson T. Mihok
                                            U.S. District Court of Maryland Bar No. 92737
                                            ATTORNEY FOR THE PLAINTIFF