AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff(s)*<br>v.<br>XUE SAMUEL LEE,<br>a/k/a "SAM" LEE, Et Al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:24-cv-00296 RDB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    Xue Samuel Lee, a/k/a "Sam" Lee
    1816, Sobha Hartland One Park Avenue
    Al Merkadh, Dubai

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Judson T. Mihok
    U.S. Securities and Exchange Commission
    Philadelphia Regional Office
    1617 JFK Boulevard, Suite 520
    Philadelphia, PA 19103

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/29/2024



_____
*Deputy Clerk*