

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
ONE PENN CENTER, 1617 JOHN F. KENNEDY BLVD., SUITE 520
PHILADELPHIA, PA 19103-1844

PHILADELPHIA
REGIONAL OFFICE

June 28, 2024

The Honorable Richard D. Bennett
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

Re:  *SEC v. Xue Samuel Lee, a/k/a "Sam Lee", et al.*, 1:24-cv-00296 RDB

Dear Judge Bennett:

On April 29, 2024, the SEC filed a letter summarizing its efforts to serve the summons and a copy of the complaint on Defendant Lee, and the Court ordered a status to be filed in 60 days. See Doc. Nos. 10, 11.

We continue to coordinate with the Department of Justice's Office of Foreign Litigation ("DOJ OFL"). While we have made progress in this effort since the last status letter, we are informed that a few procedural steps remain before attempts to officially serve Defendant Lee overseas can commence, which will hopefully occur in the first half of July. This includes coordination with both the U.S. Embassy and governmental ministries within the United Arab Emirates.

As indicated in our prior letter, given the potential complexities of serving a party located in a foreign jurisdiction, we are unable at this time to forecast a timeline for service or for seeking authority to pursue alternate means of service if current efforts are unsuccessful.

If the Court has questions or would like to address these issues further, we would be happy to appear on short notice or participate in a status call.

Respectfully submitted,

By: Judson T. Mihok
U.S. District Court of Maryland Bar No. 92737