IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

Securities and Exchange Commission

        Plaintiffs, v.

Xue Samuel Lee

        Defendants,

: CIVIL ACTION NO. RDB 24-cv-00296

**ORDER OF DEFAULT**

It appearing from the Affidavit of Plaintiff and the Affidavits of Service on file in the above-captioned action, that the Summons and Complaint were properly served upon the Defendant Xue Samuel Lee on October 16, 2024, and that the time for Defendant to plead or otherwise defend expired on November 6, 2024, and that Defendant have failed to plead or otherwise defend as directed in said Summons, and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, it is ORDERED that the default for want of answer or other defense by Defendant is entered this 6th day of December 2024.

                              CATHERINE STAVLAS, Clerk

                              _____/s/_____

                              Denis Gurevich
                              By:  Deputy Clerk

_✓_ FILED  ___ ENTERED
____ LOGGED _____ RECEIVED

3:28 pm, Dec 06 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy