

# APPLICATION FOR PARTY ACCESS TO ELECTRONIC CASE RECORDS
### Md. Rule 20-109(b)

*NOTE: The term **party** means plaintiff, defendant, counter, cross and third party plaintiff and defendant, petitioner and respondent, show cause respondent, the State of Maryland in a criminal case, respondent's attorney in an ERPO case. Victims and other witnesses are NOT parties.*
*For access to a guardianship of the person and/or property case under Md. Code, Estates & Trusts Article, use form MDJ-004AG.*

1. Date of Application: _____
2. First Name: _____
3. Last Name: _____
4. Home Address: _____
5. Work Address: _____
6. Telephone Numbers: Home: _____ Work: _____ Cell: _____
7. Registered E-mail Address: _____
8. Cases to which you are requesting access:

| CASE NUMBER | PARTY STATUS |
|---|---|
| a. | ☐ I am a named party in this case. |
| b. | ☐ I am a named party in this case. |
| c. | ☐ I am a named party in this case. |
| d. | ☐ I am a named party in this case. |
| e. | ☐ I am a named party in this case. |

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

_____
Signature

***Notarization is not required if you appear in person and provide valid, government-issued photo I.D. to the clerk.**

State of _____
                  State
County of _____ (or City of Baltimore) _____
                                                               Place where acknowledgment is taken
On this _____ day of _____, 20 _____, before me, the undersigned officer, personally appeared
_____ ,
Name(s) of person(s) who make acknowledgment
known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to within the instrument and acknowledged that they executed the same for the purposes therein contained.

In witness hereof I hereunto set my hand and official seal.   _____
                                                              Signature of Notary Public
                                                              _____
                                                              Name of Notary Public typewritten or printed
(Notary Seal)                                                 Notary Public
                                                              My Commission expires: _____

---
(Court Use Only)
☐ Verified applicant's party status
☐ Access to case number(s) _____ is **APPROVED.**
☐ Access to case number(s) _____ is
**DENIED** because the requestor is not a party to the case(s).

_____                    _____
Date                                                Clerk
Clerk to send approved application to ServiceNow (https://mdcourts.service-now)
**MDJ-004** (Rev. 01/2025)                        Page 1 of 2

# Remote Party Access Policy and Procedure

**(a)** Purpose and scope

    (1) The purpose of this policy is to define an application process for parties requesting remote access to electronic case records. **Note** that there are specific access forms for (1) an access request made in a guardianship case (MDJ-004AG); (2) an access request made by a designated registered user of a corporation or other business entity (MDJ-004DRU); (3) an access request made by a judiciary contractor (MDJ-004C); and (4) an access request made by a guardianship investigator (MDJ-004GI).

    (2) This policy applies to an applicant who is seeking to access electronic case records remotely.

    Note: every case may not have electronic case records available.

**(b)** Definition of "party:"

The term **party** means plaintiff, defendant, counter, cross and third party plaintiff and defendant, petitioner and respondent, show cause respondent, the State of Maryland in a criminal case, respondent's attorney in an ERPO case. Victims and other witnesses are NOT parties.

**(c)** Requirements

    (1) Notary requirement:

        To confirm the identity of the applicant, the application must contain an original signature and original notary seal.

    (2) Submission of application

        One form must be submitted per court. If an applicant is requesting access to active cases in District Court and circuit court, one form must be submitted to each court.

**(d)** Application review:

    (1) Upon receipt of the application, the clerk's office shall review the application and ensure that the application complies with all requirements.

    (2) Reason for denial of application. An application for remote access will be denied if the applicant is not a party to the case.

**(e)** Notification on application

    (1) Approval

        If the party's application is approved, the clerk shall forward the original application and approval to Judicial Information Systems (JIS). Upon receipt, JIS will elevate the portal access privileges of the applicant's account. JIS will then notify the applicant, via email, that their application is approved and that the applicant is now able to remotely access electronic case records in the case requested.

    (2) Denial

        If the clerk determines that the applicant is not a party to the case, the clerk shall deny the application. The clerk shall return the original application to the applicant and send a copy of the denied application to JIS.

**(f)** Appeal of denial

Any appeal of a denied application must be made by filing a motion in the case in which the applicant is seeking remote access.

**(g)** Record keeping

JIS shall retain a copy of all applications.