UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>XUE LEE,<br>  a/k/a "Sam" LEE, and<br>BRENDA INDAH CHUNGA,<br>  a/k/a "Bitcoin Beautee,"<br><br>                    Defendants. | CIVIL ACTION NO. 24-cv-00296 ABA |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
OPPOSITION TO DEFENDANT XUE LEE'S MOTION TO
<u>VACATE NOTICE OF DEFAULT UNDER RULE 55(c)</u>**

On January 6, 2025, Defendant Lee ("Defendant") filed a motion to vacate the Clerk's notice of default under Fed. R. Civ. P. 55(c). Doc. No. 19.

For the reasons set forth in the accompanying memorandum of law, Plaintiff Securities and Exchange Commission ("SEC" or the "Commission") respectfully requests that the Court enter an order denying Defendant's motion to vacate under Rule 55(c) as he has not shown good reason to excuse the delay of over eighty days and has not raised a meritorious defense.

WHEREFORE, Plaintiff Securities and Exchange Commission requests that this Honorable Court enter an order denying Defendant's Motion to Vacate Notice of Default.

January 17, 2025                      Respectfully submitted,

                                              <u>/s/Judson T. Mihok</u>
                                              Judson T. Mihok
                                              Gregory R. Bockin

David Snyder
Assunta Vivolo
Attorneys for Plaintiff
U.S. SECURITIES AND EXCHANGE COMMISSION
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
Phone: 215-597-6500
Fax: 215-597-2740
Email: MihokJ@sec.gov

Case 1:24-cv-00296-ABA   Document 20   Filed 01/17/25   Page 2 of 3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2025, the SEC filed a copy of the foregoing using this Court's CM/ECF system, thereby causing a copy of the document to be served on all parties of record. On this same date, I also caused a copy of the foregoing to be sent via email, delivery and read receipt confirmation requested, to the following:

samxuelee@outlook.com

/s/ Judson T. Mihok
Counsel for Plaintiff