UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>       Plaintiff,<br><br>   v.<br><br>**XUE LEE,**<br>   a/k/a "Sam" LEE, and<br>**BRENDA INDAH CHUNGA,**<br>   a/k/a "Bitcoin Beautee,"<br><br>       Defendants. | **CIVIL ACTION NO. 24-cv-00296 ABA** |

**[PROPOSED] ORDER**

Upon consideration of Defendant Xue Lee's Motion to Vacate Notice of Default under Fed. R. Civ. P. 55(c) and Motion to Dismiss the Complaint, and Plaintiff Securities and Exchange Commission's opposition thereto, and the memorandum of law in support thereof, it is hereby **ORDERED** that Defendant's Motion to Vacate is **DENIED**.

**IT IS SO ORDERED**

Entered this _____ day of _____, 2025

_____
Adam B. Abelson
United States District Court Judge