**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
www.mdd.uscourts.gov

OFFICIAL BUSINESS

NEOPOST
12/12/2024
US POSTAGE $001.20⁰

FIRST-CLASS MAIL
INTL

ZIP 21201
041M11464066





UL - 9 2025

INSPECT

COURT SECURITY O.

Return to Sender
Incomplete Address

Xue Samuel Lee
1816, Sobha Hartland One Park Avenue
Al Merkadh, Dubai

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 21201260599    *0527-08305-14-27