IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:28 pm, Dec 06 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

Securities and Exchange Commission

          Plaintiffs, v.

Xue Samuel Lee

          Defendants,

: CIVIL ACTION NO. RDB 24-cv-00296

_____FILED _____ENTERED
_____LODGED _____RECEIVED

JUL - 9 2025
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## ORDER OF DEFAULT

It appearing from the Affidavit of Plaintiff and the Affidavits of Service on file in the above-captioned action, that the Summons and Complaint were properly served upon the Defendant <u>Xue Samuel Lee</u> on <u>October 16, 2024</u>, and that the time for Defendant to plead or otherwise defend expired on <u>November 6, 2024</u>, and that Defendant have failed to plead or otherwise defend as directed in said Summons, and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, it is ORDERED that the default for want of answer or other defense by Defendant is entered this <u>6th</u> day of <u>December</u> <u>2024</u>.

CATHERINE STAVLAS, Clerk

/s/

Denis Gurevich
By: Deputy Clerk