# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Securities and Exchange Commission  *
               Plaintiff(s)  *
                             *
        vs.  *  Civil Case No.: 1:24−cv−00296−RDB
                             *
Xue Samuel Lee, et al.  *
               Defendant(s)  *

## **NOTICE OF DEFAULT**

**To Xue Samuel Lee:**

You are hereby notified that an order of default was entered against you in this Court on 12/6/2024. You have thirty (30) days from this date to file a motion to vacate the order of default. If you do not take action by this date, the Court will act promptly on any pending motions for entry of default judgment, which may result in a monetary judgment against you.

                                                 CATHERINE M. STAVLAS, CLERK

December 6, 2024                                By: <u>Denis Gurevich</u>
Date                                                   Deputy Clerk