## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CIVIL NO.  24-cv-00296-ABA** |
| **XUE SAMUEL LEE,**<br>**a/k/a "Sam" LEE** | |
| **Defendant.** | |

## ORDER

Upon consideration of the Government's Motion to Intervene and Stay Proceedings, it is hereby ORDERED that the Government's motion is GRANTED:

1.      The United States is permitted to intervene in the above-captioned case.

2.      This action is stayed pending the resolution of the criminal action in this District: *United States v. Sam Lee*, Case No. 1:24-cr-00021-RDB.

_____
Hon. Adam B. Abelson
United States District Judge

Dated:_____