UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>          v.<br><br>XUE SAMUEL LEE,<br>   a/k/a "Sam" LEE, et al.,<br><br>                              Defendants. | Case No. 24-cv-00296-ABA |

**MOTION TO EXTEND DEADLINE FOR FILING A**
**JOINT STATUS REPORT WITH PROPOSED AMENDED SCHEDULING ORDER**

Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that this Court grant an additional 21 days to file a joint status report with proposed scheduling order under Fed. R. Civ. P. 6(b). In support thereof, SEC states as follows:

On October 30, 2025, the SEC filed a letter requesting that the Court suspend the scheduling order issued on October 15, 2025 (Docket No. 26) due to the lapse in government appropriations. Docket No. 29.

On November 6, 2025, this Court entered a Paperless Order granting the requested relief, entered a stay, and ordered the parties to file a joint status report with a proposed amended scheduling order within fourteen days of appropriations being reinstated.

On November 12, 2025, an appropriations bill was signed into law that reinstated appropriations for the federal government.

On November 19, 2025, the United States Attorney's Office for the District of Maryland filed a Motion to Intervene and Stay Proceedings.[1] Docket No. 32. That motion remains pending.

We attempted to reach Mr. Lee via e-mail regarding the Court's order, but he has not responded. Since the U.S. Attorney's Office has moved to intervene and stay these proceedings, and because we have not heard from Mr. Lee, the SEC respectfully requests that the Court grant the requested 21-day extension to file a joint status report with a proposed amended scheduling order.[2] If the U.S. Attorney's Office motion is granted, that would obviate the need to set a scheduling order until the criminal case is concluded.

Dated: December 1, 2025

Respectfully submitted,

/s/ *Judson T. Mihok*
Judson T. Mihok
U.S. District Court of Maryland Bar No. 92737
Gregory R. Bockin
David Snyder
Assunta Vivolo
Attorneys for Plaintiff
U.S. SECURITIES AND EXCHANGE COMMISSION
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
Phone: 215-597-6500
Fax: 215-597-2740
Email: MihokJ@sec.gov

---

[1] While the case number is correct, the caption for the motion and proposed order indicates the United States of America as the Plaintiff—but the plaintiff for the motion should actually be the Securities and Exchange Commission.

[2] Given that the appropriations bill was passed late on November 12, 2025, the Thanksgiving holiday on November 27th, and the fact that the Court was closed on Friday November 28th, the deadline is December 1, 2025.