## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2025, the SEC filed a copy of the foregoing using this Court's CM/ECF system, thereby causing a copy of the document to be served on all parties of record. On this same date, I also caused a copy of the foregoing to be sent by email, in accord with the Clerk's Order entered January 6, 2025:

    SamXueLee@outlook.com

                                        /s/ Judson T. Mihok
                                        Counsel for Plaintiff