UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>      v.<br><br>XUE SAMUEL LEE,<br>  a/k/a "Sam" LEE, et al.,<br><br>                    Defendants. | Case No. 24-cv-00296-ABA |

## ORDER

Upon consideration of the SEC's Motion To Extend the Deadline to File a Joint Status Report with an Amended Scheduling Order, and any opposition thereto, on this _____ day of _____, 2025, it is **ORDERED** that the Motion is hereby **GRANTED**; **ORDERED** that the Joint Status Report with Proposed Amended Scheduling Order is due on or before _____.

**SO ORDERED.**

 

_____
Adam B. Abelson, Judge
United States District Court
for the District of Maryland